**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN CARMICHAEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALLFIRE, INC. d/b/a GROUPTEXTING.COM,<br><br>　　　　Defendant. | Case No. 2:21-mc-00375-MCS (AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal [DE # 14], the Court hereby orders that the above-captioned matter is dismissed, as follows:

1. Plaintiff-Movant Brian Carmichael's Motion to Enforce Subpoena and Compel Production of Documents and Deposition in Compliance with Non-Party Subpoena to Callfire, Inc. [DE #1], is withdrawn.
2. This matter is hereby closed.
3. Each Party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 10, 2021

*alicia G. Rosenberg*
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES DISTRICT JUDGE